# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DAVID L. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-0289-CV-W-SRB |
| CITIMORTGAGE, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Strike (Doc. #292). The motion is granted in part and denied in part. As to Defendant's assertion of "setoff/offset and/or recoupment" in its Answer to Plaintiff's Second Amended Complaint, (Doc. #288, p. 10), Plaintiff's motion is granted. This Court gave Plaintiff leave to file his Second Amended Complaint only because of Defendant's delayed production of the Amy Cullen Emails. (*See* Docs. #204, #266, and #284). As to Defendant's denials in paragraphs 10, 12, 33, 34, 39, 40, 41, and 45 of its Answer to Plaintiff's Second Amended Complaint, (Doc. #288), Plaintiff's motion is denied.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Strike (Doc. # 292) is granted in part and denied in part. Defendant's assertion of "setoff/offset and/or recoupment" is stricken from page 10 of its Answer to Plaintiff's Second Amended Complaint (Doc. #288).

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: October 24, 2018